**Dennis STONEMAN, Plaintiff—Appellant,**

v.

**L. THOMPSON, Physician, Defendant—Appellee.**

No. 05–6697.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 26, 2005.

Dennis Stoneman, Appellant pro se, John David McChesney, Rawls & McNelis, P.C., Richmond, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dennis Stoneman appeals a district court order granting summary judgment to Dr. Levester Thompson and dismissing his complaint alleging deliberate indifference to his medical needs. We have reviewed the record and the district court's memorandum and order and affirm for the reasons stated by the district court. *See Stoneman v. Thompson,* No. CA–03–716 (E.D.Va. Apr. 19, 2005). We also deny Thompson's motion for reversal and summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*